SERVICE LIST
GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
**Gina Flores**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>    **Gina Flores**,<br><br>        Debtor. | Case No. 17-40004-RLE-13<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am employed in the County of San Mateo. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 S. Norfolk Street, Suite 350, San Mateo, California 94403-1171.

On today's date, I served the following documents:

1. **[CORRECTED] MOTION TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS; MEMORANDUM OF POINTS AND AUTHORITIES; and**
2. **CERTIFICATE OF SERVICE.**

**By CERTIFIED First Class mail (return receipt requested)**: By placing a true copy thereof in a sealed envelope postage pre-aid and addressed as First Class Certified Mail, Return Receipt Requested and depositing the envelope in the mail at San Mateo, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Mateo, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Addressed to the addresses listed below:

| | |
|---|---|
| Bank of America<br>Attn: Brian Moynihan, CEO<br>100 North Tryon Street<br>Charlotte, NC 28202 | Capital One<br>Attn: Richard D. Fairbank, CEO<br>1680 Capital One Drive<br>Mclean, VA 22102 |

SERVICE LIST

| | |
|---|---|
| Comenity Bank<br>Attn: John J. Coane, Pres.<br>One Righter Parkway<br>Suite 100<br>Wilmington, DE 19803 | Synchrony Bank<br>Attn: Margaret Keane, CEO<br>170 West Election Road Suite 125<br>Draper, UT 84020 |
| Flagstar Bank<br>Attn: Alessandro DiNello, CEO<br>5151 Corporate Drive<br>Troy, MI 48098 | Caliber Home Loans, Inc.<br>Attn: Sanjiv Das, CEO<br>3701 Regent Blvd, Ste 200<br>Irving, TX 75063 |

Nordstrom FSB
Attn: Kevin Knight, Pres.
8502 East Princess Drive Suite 150
Scottsdale, AZ 85255

**XX By Mail:** By placing a true copy thereof in a sealed envelope and depositing the envelope in the mail at San Mateo, California. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Mateo, California, in the ordinary course of business. I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

The documents listed above were served by first class mail, United States Postal Service to the addresses listed on the attached service list.

The documents listed above were served by facsimile and email to the creditor(s) listed below:

If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **August 25, 2017** at San Mateo, California.

/s/ Geoffrey E. Wiggs
**Geoffrey E. Wiggs**

CERTIFICATE OF SERVICE

SERVICE LIST

| | | |
|---|---|---|
| Ally Financial<br>Attn: Bankruptcy<br>Po Box 380901<br>Bloomington, MN 55438 | Franchise Tax Board<br>PO BOX 942867<br>Sacramento, CA 94267 | Michelle McLean<br>3 S. Pine Island Rd<br>Fort Lauderdale, FL 33324 |
| American Honda Finance<br>Po Box 168088<br>Irving, TX 75016 | Golden Gate Toll Service<br>PO Box 26879<br>San Francisco, CA 94126 | Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA 23541 |
| Amex Correspondence<br>Po Box 981540<br>El Paso, TX 79998 | Harley Davidson Finance<br>Attention: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721 | SFMTA<br>PO Box 649007<br>San Francisco, CA 94120 |
| Chase Card<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | IRS Centralized Insolvency<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Sonoma County Child Su<br>3725 Westwind Blvd Ste 2<br>Santa Rosa, CA 95403 |
| Dominican Hospital<br>PO Box 742990<br>Los Angeles, CA 90074 | Kate Clendenning<br>1033 Prospect Heights<br>Santa Cruz, CA 95065 | Syncb/Toys R Us<br>Po Box 965064<br>Orlando, FL 32896 |
| Estate of David Dean Clendenning<br>3 S. Pine Island Road<br>Fort Lauderdale, FL 33324 | Kohls/Capital One<br>Kohls Credit<br>Po Box 3043<br>Milwaukee, WI 53201 | Syncb/whitehall<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 |
| Fastrak<br>PO Bx 26825<br>San Francisco, CA 94126 | Law Enforcement Systems<br>PO Box 2182<br>Milwaukee, WI 53201 | Synchrony Bank/Chevron<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 |
| Ford Motor Credit<br>National Bankruptcy Service Center<br>Po Box 62180<br>Colorado Springs, CO 80962 | Margaret Roth, Esq<br>3725 Westwind Blvd Ste 200<br>Santa Rosa, CA 95403 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 |

SERVICE LIST

SERVICE LIST

| | | |
|---|---|---|
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | Toyota Motor credit Corp<br>Po Box 8026<br>Cedar Rapids, IA 52408 | Wells Fargo Dealer Services<br>Attn: Bankruptcy<br>Po Box 19657<br>Irvine, CA 92623 |
| Synchrony Bank/TJX<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896 | United Recovery Systems<br>PO Box 722929<br>Houston, TX 77072 | Western Surety Company<br>333 S. Wabash Ave, 43 Flr<br>Chicago, IL 60604 |
| | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | |

SERVICE LIST