GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
**Joshua Clendenning**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>**JOSHUA CLENDENNING**,<br><br>Debtor. | Case No. 17-52003-MEH<br><br>Chapter 13<br><br>**REQUEST FOR ENTRY OF DEFAULT** |

On <u>August 25, 2017</u>, Debtor **JOSHUA CLENDENNING** filed and served a **Motion to Extend the Automatic Stay as to All Creditors** [Docket Entry. No. 14]. No Objections or requests for hearing were filed within the 14 day period established by Bankruptcy Local Rule 9014-1 and 4001-2-(d)(2). Therefore, Debtor respectfully requests the Court grant Debtor's **Motion to Extend the Automatic Stay as to All Creditors.**

Dated: <u>September 9, 2017</u>                    /s/ *Geoffrey E. Wiggs, Esq.*
                                                    **Geoffrey E. Wiggs, Esq.**
                                                    Attorney for Debtor

Case: 17-52003    Doc# 19    Filed: 09/09/17    Entered: 09/09/17 00:14:41    Page 1 of 1