GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtor
**Joshua Clendenning**

**CHANGES MADE BY COURT**

The following constitutes
the order of the court. Signed September 14, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:

**Joshua Clendenning**,

Debtor.

Case No. 17-52003-MEH

Chapter 13

**ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS**

On August 25, 2017, debtor Joshua Clendenning, filed a Corrected Motion to Extend the Automatic Stay as to all Creditors in the above-captioned matter. The Corrected Motion and all supporting papers were served on all creditors with Notice and Opportunity for Hearing.

AND NOW, it appearing that the debtor filed this case in good faith, it is hereby ordered that the automatic stay is extended as to all creditors until it would terminate under 11 U.S.C. section 362(c)(1) or (2), or until further order of the court.

*** END OF ORDER ***

COURT SERVICE LIST

*NONE